United States District Court
for the
Northern District of Georgia
Atlanta Division

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 12 2021

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Marcus Malone

Plaintiff,

v

Case Number: 1:21-CV-2019

Marietta Police Department

Defendant,

Complaint

## COMPLAINT

Officer Johnson pulled me over in a traffic stop for a tail light and instead of running a check on my license and returning it to me with a warning or citation, he asked me to step out of the vehicle . I asked him what the problem was and he could not answer with a reasonable explanation. The officer stated that, in his opinion, I seemed nervous and proceeded to conduct an invasive search me and my vehicle for no legitimate reason.  This is a violation of my 4th amendment rights.  I was profiled. After everything checked out, he stated that he still felt I was under the influence of drugs even though I have never used any illegal drugs. Cobb county police has a history of profiling, harassment, abuse of power and accusing people of being under the influence of drugs when they are actually sober.  I found this out by doing some research online.  This is a pattern of behavior by some of their officers to falsely accuse innocent people of being under the influence of drugs in traffic stops and in some cases falsely arrest the victims. Apparently prior lawsuits have not changed this pattern of behavior.  I  was not armed or dangerous.  Officer Johnson was willful, malicious, reckless and had no reason to suspect that a crime was being committed.  Officer Johnson treated me like a hardened criminal.  This incident took place on Feb. 9 at 5:17pm at 504 Birney Street in Marietta.

Marcus Malone

Richard B. Russell Federal Building
Attn: Clerk Office-James Hatten
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

Marcus Malone
102 Grampian Way
Marietta, GA 30008
(770) 235-7575

To Clerk of court:

I would like to have a court appointed attorney to assist me with my case.

Marcus Malone